IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL MCCLOULD,

    Petitioner,               No. CIV S-07-1350 LKK DAD P

    vs.

KUMA J. DEBOO, Warden,

    Respondent.          <u>ORDER</u>

_____/

    Petitioner, a federal prisoner currently confined at the Federal Correctional Institution, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has paid the filing fee.

    Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file an answer or a motion to dismiss.

    In accordance with the above, IT IS HEREBY ORDERED that:

    1. Respondent is directed to file an answer or a motion to dismiss within thirty days from the date of this order. If an answer is filed, respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.

1

1        2. Petitioner's traverse, if any, is due on or before thirty days from the date
2 respondent's answer is filed; an opposition to a motion to dismiss is due within thirty days of
3 service of the motion to dismiss;
4        3. The Clerk of the Court shall serve a copy of this order together with a copy of
5 petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United
6 States Attorney.
7 DATED: August 13, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

11 DAD:9
mccl1350.100f