IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL MCCLOULD,

    Petitioner,                  No. CIV S-07-1350 LKK DAD P

    vs.

KUMA J. DEBOO, Warden,

    Respondent.              ORDER

_____/

    On August 13, 2007, this court ordered respondent to respond to petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. After granting respondent a one-week extension time, respondent filed a motion to dismiss on the grounds that the action was moot. After learning that the factual predicate of the motion was inaccurate, respondent filed a request to withdraw the motion. In addition, respondent requested that the court accept as an answer a brief that respondent submitted to the Ninth Circuit in a separate case, Rodriguez v. Smith, C.A. No. 07-16014. Respondent attached a copy of the brief as Exhibit 2 to the motion to dismiss respondent now seeks to withdraw.

    Good cause appearing, the court will grant respondent's request to withdraw the pending motion to dismiss, and the motion will be stricken. However, the court will deny respondent's request to accept a brief from an entirely different case as respondent's answer in

1 this case.  The court will grant respondent 30 days leave to file an answer to petitioner's
2 application in this action.  Petitioner's reply, if any, will be due within thirty days after service of
3 the answer.
4         In accordance with the above, IT IS HEREBY ORDERED that:
5         1.  Respondent's request to withdraw the September 18, 2007 motion to dismiss is
6 granted, and the motion is hereby stricken;
7         2.  Respondent's request that the court accept a brief from <u>Rodriguez v. Smith</u>,
8 C.A. No. 07-16014 as respondent's answer in this case is denied; and
9         3.  Respondent is granted 30 days from the date of this order to file an answer to
10 petitioner's application in this action.  Petitioner's reply, if any, shall be filed and served within
11 thirty days after service of the answer.
12 DATED: October 11, 2007.

                                                         DALE A. DROZD
                                                         UNITED STATES MAGISTRATE JUDGE

16 DAD:9
mccl1350.ans